COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: REYNOLDS MARGANI (J)   CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ /pres/   ATTY:
AGENT: FBI   VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
____ BOND SET @

FILED by ___ D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Gov't ore tenus motion to unseal granted

Advised of charges - sworn for appt of Counsel

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 6-22  11  LSS
                         (PTD) BOND HRG: 6-26  3pm  Judge Brown
                         PRELIM/ARRAIGN: 6-26  3pm   "
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/21/00   Time: 11:00   FTL/LSS TAPE #00- 030   Begin: 1575   End: 2191

Rec'd in MIA Dkt 6/26                                           31/38