## COURT MINUTES

### U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: REYNOLDS MARGANI (J)    CASE NO: 00-6154-CR-JORDAN

AUSA: PAUL SCHWARTZ - pres    ATTY: ALLEN KAUFMAN (temp) pres

AGENT: _____    VIOL: _____

PROCEEDING INQ RE CNSL        RECOMMENDED BOND _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

*Counsel requested hrg be set*

*on Tuesday 6/27 in Miami*

[FILED stamp: JUN 22 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-30   11   Snow
                       (PTD)/BOND HRG: 6/27   2pm  Brown
                       PRELIM/ARRAIGN: 6-30   11  Snow
                       REMOVAL HRG:
                       STATUS CONF:

Date: 6/22/00   Time: 11:00   FTL/LSS TAPE #00- 031   Begin: 1473   End: 1515

Rec'd in MIA Dkt 6/26

58/3