UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6154-CR-Jordan
        Plaintiff )
    -vs- ) REPORT COMMENCING CRIMINAL
REYNOLD MATAGNI ) ACTION
        Defendant )

00-6154-CR-Jordan

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/21/00  7:00 (am)/pm

(2) Languge Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1962

(6) Type of Charging Document: (check one)
[✓] Indictment  [ ] Complaint  To be filed/Already filed
Case#: _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: S/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

Amount of Bond: $
Who Set Bond: _____

(7) Remarks: _____

(8) Date: 6-21-00    (9) Arresting Officer: DARIN SACHS
(10) Agency: FBI
                                (11) Phone: (305) 944-9101
(12) Comments: _____