AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   481458

UNITED STATES OF AMERICA

V.

REYNOLDS MARAGNI

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154-CR-JORDAN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   REYNOLDS MARAGNI   MAGISTRATE JUDGE BANDSTRA
                                          Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy,

in violation of Title 18 United States Code, Section(s) 1962(d), 892, 894, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ PRETRIAL DETENTION

by BARRY S. SELTZER [signature]
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 6/6/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

79/3