UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-JORDAN

vs.

REYNOLDS MARAGNI,

   Defendant.
_____/

### NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

**COMES NOW,** ALLEN S. KAUFMAN, and files this temporary appearance as counsel for the above named defendant at the initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize a surety bond which may be set.

                        ALLEN S. KAUFMAN, P.A.
                        2900 N. DIXIE HIGHWAY
                        SUITE 201
                        OAKLAND PARK, FL 33334
                        (954) 563-6624
                        FAX (954) 563-6813

                    By: _____
                        ALLEN S. KAUFMAN
                        FBN 301639

