UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-~~JORDAN~~ WPD

vs.

REYNOLDS MARAGNI,

Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL**

**COMES NOW,** ALLEN S. KAUFMAN, and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant for all proceedings arising out Case No. 00-6154-CR-JORDAN in the U.S. District Court in and for the Southern District of Florida.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

Dated: 6-29-00

ALLEN S. KAUFMAN, P.A.
2900 N. DIXIE HIGHWAY
SUITE 201
OAKLAND PARK, FL 33334
(954) 563-6624
FAX (954) 563-6813

By: _____
ALLEN S. KAUFMAN
FBN 301639

The undersigned hereby consents to the representation of the above counsel.

_____
REYNOLDS MARAGNI