## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:  REYNOLDS MARAGNI (J)                     CASE NO:  00-6154-CR-JORDAN

AUSA:  PAUL SCHWARTZ                            ATTY:  ALLEN KAUFMAN

AGENT:                                          VIOL:

PROCEEDING:  INQ RE CNS/STIPULATED BOND         RECOMMENDED BOND:

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:

BOND SET @:  *1,000,000* PSB            To be cosigned by: *wife, Rose Maragni*
                                                                    *w/in et (7-1)*

☐  Do not violate any law.                      *gov't w/drew request*

☐  Appear in court as directed.                 *for PTD - bnd set*

☐  Surrender and / or do not obtain passports / travel
   documents.

   Rpt to PTS as directed / or _____ x's a week/month
   by phone; _____ x's a week/month in person.

☐  Random urine testing by Pretrial Services. _____
   Treatment as deemed necessary.

☐  Maintain or seek full - time employment.

☐  No contact with victims / witnesses.         ~~Reading of Indictment Waived~~
                                                 ~~Not Guilty plea entered~~
☐  No firearms.                                  ~~Jury trial demanded~~
                                                 ~~Standing Discovery Order requested~~
☐  Curfew: _____.

☐  Travel extended to: _____.

☑  *electronic monitoring*
☑  *to be paid by deft*
   ~~Halfway House~~ *Home confinement except for visits w/Counsel*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE:  6/29/00      TIME:  11:00      FTL/LSS TAPE # 00 - *036*      Begin: *2951*      End: *3318*