UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-~~JORDAN~~ WPD

UNITED STATES OF AMERICA

vs

REYNOLDS MARAGNI

ARRAIGNMENT INFORMATION SHEET

[FILED by D.C. JUN 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 29, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __ON BOND FORM__

                   Telephone: _____

DEFENSE COUNSEL:   Name: __ALLEN KAUFMAN, ESQ.__

                   Address: _____

                   Telephone: _____

BOND SET:          $ __1,000,000 PERSONAL SURETY__

Bond hearing held: yes ____  no ____  Bond hearing set for _____

Dated this __29TH__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-036__

cc: Copy for Judge
    U. S. Attorney