UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (WPD)

CASE NO. 00-6154-CR-AJ

UNITED STATES OF AMERICA,

vs.

Reynolds Maragni



FILED by _____ D.C.
MAG. SEC.
JUL 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Upon request of the parties, and good cause being shown, the _Pretrial Detention Hrg_ is hereby reset to _7/5/00_ at _10:00 a.m._ before the Duty Magistrate Judge.

**DONE AND ORDERED** at Miami, Florida this _27th_ day of _June_, 20_00_.

TAPE NO: 00D- 72- 860, 73-1

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal