UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6154-CR-~~JORDAN~~ WPD

UNITED STATES OF AMERICA

vs.
REYNOLDS MAR~~A~~NI

FILED by ___ D.C.
MAG. SEC.
JUL 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER ON HEARING TO
REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____
at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

__✓__ The defendant requested further time to retain counsel and shall appear before the Court on 6/30/00 - in Ft. L. * at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. / arraignment

**DONE AND ORDERED** at Miami, Florida this 27th day of JUNE , 20 00 .

TAPE NO. 00A-72-860, 73-1

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

* Before Judge Snow