UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
Plaintiff, )
)
v. )
)
REYNOLDS MARAGNI, et al. )
Defendants. )
_____ )

NIGHT BOX
FILED

JUL - 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
### CONCERNING PORTIONS OF THE STANDING DISCOVERY ORDER

The United States of America by and through the undersigned Assistant United States Attorney, respectfully moves the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, for a protective order permitting the government to defer compliance with portions of the Standing Discovery Order ("SDO") in the instant matter.

Rule 16(d)(1) permits the court to deny, restrict, or defer pre-trial discovery upon sufficient showing by a party in need of such action and permits the moving party to make such a showing in the form of a written statement to be inspected by the judge alone.[1] Here, the United States requests permission to defer

---

[1] (d) Regulation of Discovery

(1) Protection and Modifying Orders. Upon a sufficient showing the court may at any time order that the discovery or inspection be denied, restricted, or deferred, or make such order as is appropriate. Upon motion by a party, the court may permit the party to make



compliance with the aforementioned discovery provisions for the reasons stated in its ex parte memorandum.

The United States does not intend to offer as evidence in the instant case any of the material sought to be protected nor is the material exculpatory within the meaning of <u>Brady</u> or <u>Giglio</u>.

Wherefore, the United States requests that this Court grant the protective order as supported by the ex parte memorandum.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _/s/ Paul F. Schwartz_

PAUL F. SCHWARTZ
Assistant United States Attorney
Court ID # A5500086
500 E. Broward Boulevard, 7TH FL
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

---

such showing, in whole or in part, in the form of a written statement to be inspected by the judge alone. If the court enters an order granting relief following such an ex parte showing, the entire text of the party's statement shall be sealed and preserved in the record of the court to be made available to the appellate court in the event of an appeal.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion for a protective order concerning portions of the standing discovery order was mailed by United States First Class Mail, postage prepaid, to the below listed attorneys:

Allen Kaufman
2900 N. Dixie Highway,
Suite 201
Oakland Park, FL 33334
(Counsel for Maragni)

H. Dohn Williams
P.O. Box 1722
Ft. Lauderdale, FL 33302
(Counsel for Rotunno)

William Norris
3225 Aviation Avenue,
Suite 300
Coconut Grove, FL
33133-4741
(Counsel for Morris)

Dennis R. Bedard
1717 N. Bayshore Dr.,
Suite 102
Miami, FL 33132
(Counsel for Caskill)

Jim Stark
524 S. Andrews Ave.,
Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Braeseke)

Martin Bidwell
Federal Public Defender
101 N.E. 3rd Ave.
Suite 202
Fort Lauderdale, FL
33301-1100
(Counsel for Capri)

Ira Loewy
800 Brickell Avenue
Penthouse 2
Miami, FL 33131
(Counsel for Halpern)

Simon T. Steckel
701 Brickell Ave.,
Suite 3260
Miami, FL 33131
(Counsel for Hawkins)

Philip R. Horowitz
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for Travers)

Raymond Miller
400 Southeast Sixth St.
Ft. Lauderdale, FL 33301
(Counsel for Zarcadoolas)

John Cotrone
509 S.E. 9th Street
Ft. Lauderdale, FL 33316
(Counsel for Eddy)

Michael Dutko
600 South Andrews Ave.,
Suite 500
Ft. Lauderdale, FL 33301
(Counsel for Akel)

Thomas D. Sclafani
200 east Broward Blvd.,
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for D'Onofrio)

Herb Cohen
200 S.E. 6th St.
Suite 205
Fort Lauderdale, FL 33301
(Counsel for Miller)

```
Michael Hursey
305 S. Andrews Ave.,
Suite 701
Fort Lauderdale, FL
33301-1853
(Counsel for Brooks)
```

Dated this \_\_7\_\_ of July, 2000

_____
Paul F. Schwartz