UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

FILED by [signature] D.C.
JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO: _00-6154-CR-WPD_
STYLE: _USA v Reynolds Maragni_
DATE: _7-10-00_

The Chambers of the Honorable _Luriana S. Snow_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

___ Docket this document as a motion for _____.

___ Docket this document as a response to the following motion: _____.

___ Docket this document as an answer _____.

___ Docket this document as _____.

___ Docket this as an information matter only and file on the left side of the file.

✓ Other: _Designature page to personal surety bond_

Signed: _[signature]_
Name: _____
Title: _Mag CRD_



Case No: 00-6154-CR-jordan

CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a $1,000,000 personal surety bond on behalf of **Reynolds Maragni** and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 30 day of June, 2000.

Name: Joseph Maragni
JOSEPH MARAGNI

Address: 47 FIFTH AVE

City: NORTHPORT   State: N.Y.   Zip: 11768

Sworn and subscribed before me this 30 day of June, 2000.

_Christopher M. Powers_
NOTARY PUBLIC

CHRISTOPHER M. POWERS
NOTARY PUBLIC, State of New York
No. 02PO5078483
Qualified in Suffolk County
Commission Expires May 27, 19 2001

My Commission Expires:

May 27, 2001

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301