UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. : 00-6154-CR-DIMITROULEAS
Plaintiff

vs.  **NOTICE OF TRIAL**

REYNOLDS MARAGNI
JOSEPH ROTUNNO
PERCY MORRIS
BERT CASKILL
GARY BRAESEKE
EMRO CAPRI
MARTIN HALPERN
WILLIAM HAWKINS
JAMES TRAVERS
MARTIN ZARCADOOLAS
MICHAEL EDDY
KAISER AKEL
RICHARD D'ONOFRIO
SCOTT MILLER
JEANNE BROOKS
 Defendant (s)



**TAKE NOTICE** that the above-entitled case has been Set for the two-week calendar of August 7, 2000 at 9:00 A.M. before the **Honorable William P. Dimitrouleas,** United States District Judge, Courtroom 203 E, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301. **COUNSEL and DEFENDANT** shall report to a call of the trial calendar to be held at

**9:00 A.M. on August 4, 2000** at Fort Lauderdale, Florida. Any motions for continuance must be filed by 5:00 P.M. on **July 21, 2000.**

\*\*\*\*\*\*\*\*\*\*\*

Defense counsel are instructed to notify the court, in writing, within five days



after the time periods outlined in the Standing Discovery Order have elapsed if they have not received all discovery from the government. The government is instructed to respond in writing within five days of any such notice being given to the court.

**Counsel are required** to pre-mark all exhibits and provide the Court with two copies of the exhibit list. Counsel are also instructed to submit any special voir dire questions and any special jury instructions by call of the calendar. The government is required to provide the Court with a complete set of jury instructions for use by the Court.

**Counsel are required** to inform the Court when a defendant is in custody or if an interpreter is required.

In a criminal case, if the defendant has not obtained counsel, the **AUSA shall notify defendant** of this trial date.

**Notify the Court immediately** at 954-769-5655 of any disposition or settlement of this case.

**ALL PARTIES ARE ON NOTICE THAT IF THIS CASE IS NOT REACHED DURING THE ABOVE CALENDAR PERIOD, IT WILL AUTOMATICALLY APPEAR ON THE NEXT AND SUBSEQUENT CALENDARS UNTIL REACHED. YOU MAY NOT BE RE-NOTICED. CALENDAR CALLS WILL BE HELD ON THE FRIDAY PRECEDING THE TWO-WEEK CALENDAR PERIOD AT 9:00 A.M.**

DATED: July 10, 2000

BY ORDER OF THE CLERK,
CLARENCE MADDOX,

By: /s/ Karen A. Carlton
Karen A. Carlton
Courtroom Deputy

cc: Paul Schwartz, AUSA
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
William Norris, Esq.
Dennis Bodard, Esq.
James Stark, Esq.
Martin Bidwill, AFPD
Ira Loewy, Esq.
Simon Steckle, Esq.
Philip Horowitz, Esq.
Raymond Miller, Esq.
John Cotrone, Esq.
Michael Dutko, Esq.
Thomas Sclarani, Esq.
Herbert Cohen, Esq.
Michael Hursey, Esq.