UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA             CASE NO. 00-6154-CR-WJD

vs.

RENALD MARAGNI,

Defendant.
_____/

**NIGHT BOX FILED**

**JUL 2 1 2000**

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## RENALD MARAGNI'S MOTION FOR CONTINUANCE

**COMES NOW** the defendant, **RENALD MARAGNI**, by and through his undersigned attorney and files this his motion for continuance and as grounds would state as follows:

1. The Defendant was arraigned on June 29, 2000.

2. Calendar Call is set for August 4, 2000 with a trial period commencing on August 7, 2000.

3. In response to the Standard Discovery Order, the government has provided 133 cassette tape recordings containing 1,000 conversations pursuant to a Title III wire tap. There are also 41 tape recordings of consensual conversations.

4. As a result of the voluminous number of tape recordings and transcripts as well as the probability of various defense motions being filed after reviewing the discovery, additional time is needed.



5. The defendant requests a continuance of this matter to permit counsel to fully advise the defendant regarding this case and to provide effective assistance of counsel.

6. The undersigned respectfully requests that this court continue this matter.

7. Asst. U.S. Attorney Paul Schwartz has no objection to this motion being granted.

**WHEREFORE,** the defendant, RENALD MARAGNI, respectfully requests this court grant this motion for a continuance.

> ALLEN S. KAUFMAN, P.A.
> 2900 N. DIXIE HIGHWAY
> SUITE 201
> OAKLAND PARK, FL 33334
> (954) 563-6624
>
> By: _____
> ALLEN S. KAUFMAN
> FBN 301639

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was mailed to AUSA Paul Schwartz, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL, 33394, this 21st day of July, 2000.

_____
ALLEN S. KAUFMAN