UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA          CASE NO. 00-6154-CR-~~WJD~~ WPD

vs.

RENALD MARAGNI,

   Defendant.
_____/

## ORDER ON RENALD MARAGNI'S MOTION FOR CONTINUANCE

**THIS MATTER** is before the Court upon the defendant's Motion For Continuance of Trial (DE-231). The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the defendant's Motion is hereby Denied without prejudice to renew at the calendar call.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27 day of July, 2000.

/s/ William Dimitrouleas
U.S. DISTRICT COURT JUDGE

cc: Paul Schwartz
    Alleen Kaufman

3