

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA          CASE NO. 00-6154-CR-WPD

vs.

REYNOLD MARAGNI, et al,

Defendants.
_____/

## REYNOLD MARAGNI'S STIPULATED MOTION FOR BOND MODIFICATION

**COMES NOW** the defendant, **REYNOLD MARAGNI**, by and through his undersigned attorney and files this Stipulated Motion For Bond Modification and as grounds would state as follows:

1. On June 29, 2000, the Honorable Lurana S. Snow set a personal surety bond, for Mr. Maragni, in the amount of one million ($1,000,000.00) dollars. The bond was ordered to be co-signed by Mr. Maragni's uncle, Joseph Maragni as well as his wife, Kelly. Said bond was duly executed by the parties.

2. The court ordered Mr. Maragni be confined to his home and that he participate in electronic monitoring.

3. The conditions of home confinement and electronic monitoring have created a great economic hardship upon Mr. Maragni in that he cannot work at his place of business, Celebrity Distributing Company, located at 3698 NW 16th Street, Lauderhill, Florida. Mr. Maragni is a partner in the company and is very active in the day to day



operations. His duties include sales and new accounts. Consequently, it is a business necessity that Mr. Maragni be permitted to travel within the Southern District.

4. Mr. Maragni is requesting that the conditions of home confinement and electronic monitoring be removed from his bond.

5  The undersigned has contacted Assistant United States Attorney, Paul Schwartz, who has agreed to the removal of home confinement and electronic monitoring conditions of the bond provided that the following additional conditions are met:

> (a)  In addition to the extremely high bond already in place, Mr. Maragni and his wife Kelly will pledge their personal residence, located at 4251 NW 10th Street, Coconut Creek, Florida, as further security for his bond. They will be prohibited from selling or in any way transferring ownership or interest in the property. The house has equity of approx. eighty thousand ($80,000.00) dollars.
>
> (b)  Mr. Maragni will surrender possession of his passport to the United States government. All travel shall be restricted to the Southern District of Florida.
>
> ( c)  Mr. Maragni shall report to pre-trial services once each week in person and three times a week by telephone or as directed by pre-trial services.

**WHEREFORE,** the defendant Reynold Maragni, respectfully requests that this court grant this Stipulated Motion.

ALLEN S. KAUFMAN,P.A.
2900 N. DIXIE HIGHWAY
SUITE 201
OAKLAND PARK, FL 33334
(954) 563-6624

By: _____
ALLEN S. KAUFMAN
FBN 301639

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was mailed to AUSA Paul Schwartz, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL, 33394, this 25[st] day of July, 2000.

_____
ALLEN S. KAUFMAN