UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA           CASE NO. 00-6154-CR-WPD

vs.

REYNOLD MARAGNI, et al.,

Defendants.
_____/



## ORDER ON STIPULATED MOTION FOR BOND MODIFICATION

**THIS MATTER** is before the Court upon the defendant, REYNOLD MARAGNI'S Stipulated Motion For Bond Modification. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the defendant's Motion is hereby granted. The defendant's personal surety bond is hereby modified as follows:

(A) The conditions of home confinement and electronic monitoring are removed.

(B) In addition to the one million ($1,000,000.00) dollars bond already set, Mr. Maragni and his wife Kelly will be required to pledge their personal residence, located at 4251 NW 10th Street, Coconut Creek, Florida, as further security for the bond. They will be prohibited from selling or in any way transferring ownership or interest in the property.

(C) Mr. Maragni will surrender possession of his passport to the United States government.



(D) Mr. Maragni shall be permitted to travel, however, all travel shall be restricted to the Southern District of Florida.

(E) Mr. Maragni shall report to pre-trial services once each week in person and three times a week by telephone or as directed by pre-trial services.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 28th day of July, 2000.

```
                                    Lurana S. Snow
                              U.S. DISTRICTxCOURT JUDGE
                                     MAGISTRATE
```

Copies to:

AUSA Paul Schwartz (FTL)
Pretrial Services (FTL)
Allen Kaufman, Esq.