UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　　CASE NO. 00-6154-CR-DIMITROULEAS
　　　　　Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

REYNOLDS MARAGNI
JOSEPH ROTUNNO
PERCY MORRIS
BERT CASKILL
GARY BRAESEKE
EMRO CAPRI
WILLIAM HAWKINS
JAMES TRAVERS
BARBARA DREZEK
MARTIN ZARCADOOLAS
MICHAEL EDDY
RICHARD D'ONOFRIO
JEANNE BROOKS
　　　　　Defendant.
_____/

FILED by _____ D.C.

AUG 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

This matter having come before the Court on August 4, 2000 on Defendants' Joint Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing October 23, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **October 20, 2000, at 9:00** A.M. o'clock. The Deadline for filing all Pre-Trial Motions is September 11, 2000. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.



DONE AND ORDERED this ___7___ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc: Paul Schwartz, AUSA
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
William Norris, Esq.
Dennis Bodard, Esq.
James Stark, Esq.
Masrtin Bidwill, AFPD
Simon Steckle, Esq.
Philip Horowitz, Esq.
Laurence Bronson, Esq.
Raymond Miller, Esq.
John Cotrone, Esq.
Thomas Scalfani, Esq.
Michael Hursey, Esq.