## CRIMINAL MINUTES

FILED by _____ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: September 21, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Reynolds Maragni

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Allen Kaufman

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft swore and questioned by the court. Deft to enter Guilty Plea to Count 1. Gov't agrees to dismiss Counts 2,3,4,5 @ time of sentencing. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 1/5/01    TIME: 10:30    FOR: Sentencing

MISC: Written plea agreement filed.