UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                          CASE NO. 00-6154-CR-DIMITROULEAS

REYNOLDS MARAGNI

TYPE OF CASE:                CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **January 12, 2001 AT 2:30 P.M.**
                                  **(Previously set for January 5, 2001 at 10:30 )**

TYPE OF         SENTENCING
HEARING:

                                  CLARENCE MADDOX,
                                  CLERK OF COURT

DATE: November 28, 2000           BY DEPUTY CLERK

cc:  Paul Schwartz AUSA
     Allen Kaufman, Esq.
     United States Probation Office