**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD     DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Reynolds Maragne

U.S. ATTORNEY: Paul Schwartz     DEFT. COUNSEL: Allen Kaufman

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed.
24 months BOP, 3 years Supervised
Release, $5,000.00 Fine, $100.00 Assessment

Court recommends designation to a facility in
SD/FL

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.