DEFENDANT: **MARAGNI, REYNOLDS**
CASE NUMBER: **0:00-06154-CR-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Twenty-Four (24) Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** designation to a facility in the Southern District of Florida.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At _____ A.m. / p.m. on _____

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

FILED '01 MAR 13 A10:20

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __2/27/01__ To __BOP FCI Miami__
at __Miami, FL__, with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By __Tina Nolan, LIE__
~~Deputy U.S. Marshal~~