FILED ELECTRONIC
Jul 25 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6154-CR-WPD

UNITED STATES OF AMERICA

vs.

REYNOLD MARAGNI,

    Defendant.
_____/

# UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE SOUTHERN DISTRICT

COMES NOW, the defendant by and through his undersigned counsel, and files this Unopposed Motion For Permission to Travel Outside the Southern District and states as follows:

1. The defendant is on supervised release. He is scheduled to successfully complete his supervised release on September 29, 2005. According to his supervised release officer, Tony Gagliardi, Mr. Maragni has complied fully with everything asked of him and his supervised release has been totally uneventful.

2. The defendant wishes to attend his wife's family reunion to take place in the Bahamas at the Atlantis hotel. The travel dates would be from August 12 to August 15, 2005. He will fly directly from Ft. Lauderdale Airport to the airport in the Bahamas. He will travel with his wife. The defendant has advised Mr. Gagliardi of the details of his travel.

3. U.S.P.O. Tony Gagliardi has **no objection** to this motion being granted.

WHEREFORE, the defendant respectfully requests this honorable court grant this motion.

                                                  ALLEN S. KAUFMAN, P.A.
                                                  2900 N. DIXIE HIGHWAY
                                                  SUITE 201
                                                  OAKLAND PARK, FL 33334
                                                  (954) 563-6624
                                                  e-mail   ask_pa@bellsouth.net

                                        By: Is/./   Allen S. Kaufman
                                               ALLEN S. KAUFMAN
                                               FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was mailed this 25th day of July, 2003 to Paul Schwartz, U.S. Attorney's Office, 500 E Broward Blvd., Suite 700, Ft. Lauderdale, FL, 33194 and U.S.P.O. Tony Gagliardi, 299 E. Broward Blvd., Ft. Lauderdale, FL, 33301.

                                                        By: Is/./   Allen S. Kaufman
                                                           ALLEN S. KAUFMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6154-CR-WPD

UNITED STATES OF AMERICA

vs.

REYNOLD MARAGNI,

    Defendant.
_____/

### ORDER ON REYNOLD MARAGNI'S MOTION TO TRAVEL

**THIS CAUSE** having come on to be considered on counsel for the defendant's UNOPPOSED Motion For Permission to Travel Out of The Southern District, and the Court being advised in the premises, it is

**ORDERED AND ADJUDGED** that Reynold Maragni shall be permitted to travel to and stay in the Bahamas on August 12, 2005 and return to the Southern District on August 15, 2005.

**DONE AND ORDERED** in Chambers this _____ day of _____ 2005.

_____
U.S. DISTRICT COURT JUDGE