UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6154-CR-WPD

UNITED STATES OF AMERICA

vs.

REYNOLD MARAGNI,

　　Defendant.
_____/



FILED by _____ D.C.
JUL 26 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON REYNOLD MARAGNI'S MOTION TO TRAVEL

**THIS CAUSE** having come on to be considered on counsel for the defendant's UNOPPOSED Motion For Permission to Travel Out of The Southern District, and the Court being advised in the premises, it is

**ORDERED AND ADJUDGED** that Reynold Maragni shall be permitted to travel to and stay in the Bahamas on August 12, 2005 and return to the Southern District on August 15, 2005.

**DONE AND ORDERED** in Chambers this 26 day of July 2005.

_____
U.S. DISTRICT COURT JUDGE

CC: Allen S. Kaufman, Esq.
Paul Schwartz, AUSA
Tony Gagliano, U.S.P.O.